Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 9, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 9, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00793-CV

____________

 

IN RE JAMES LEVI SMITH, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 16, 2003, relator
filed a petition for writ of mandamus in this Court seeking to vacate the trial
court=s September 13, 2002 dismissal of his
divorce lawsuit for want of prosecution. 
See Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  The petition is not in compliance with Tex. 
R.  App.  P.  52.3.  Furthermore, mandamus relief is available
only in limited circumstances to correct a clear abuse of discretion when the relator has no adequate remedy by appeal.  Walker v.  Packer, 827 S.W.2d 833, 839-44 (Tex.  1992).  Relator had
an adequate remedy by appeal following dismissal of his case.

We deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed October 9, 2003.

Panel consists of
Justices Anderson, Seymore, and Guzman.